# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | DEAN WESLEY & GAYLE LYNETTE HICKS |
| **Case Number:** | 18-03155-RLM-13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 23, 2018 10:00 AM    IP 329 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NIKKO RATLIFF |

### *Matter:*

Hearing Re:   Trustee's Objection to Debtor's Amended Plan  [26] [31]

**R / M #:**   0 / 0

### *Appearances:*

JOHN MORGAN HAUBER, TRUSTEE

### *Proceedings:*

**Disposition:**  Hearing held.   Objection Sustained.   Debtot to file an Amended Schedule J and an Amended Plan within 30 days.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**